No. 71–5095.  QUILES v. FRITZ, CORRECTIONAL SUPER-INTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–5106.  KEENY v. SECRETARY OF THE ARMY. C. A. 8th Cir.  Certiorari denied.

No. 71–5107.  WELCH v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–5109.  BUSH v. MORRIS, DISTRICT ATTORNEY OF SUMTER COUNTY, ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 71–5110.  MATTHEWS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 71–5111.  LOTT v. MANCUSI, CORRECTIONAL SUPER-INTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–5112.  MONTGOMERY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5116.  VITORATOS v. OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 71–5117.  BOGDAN v. RODRIGUEZ, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 71–5118.  HOHLWEILER, ADMINISTRATOR v. PENN-SYLVANIA RAILROAD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 71–5119.  HOPPER v. MICHIGAN.  Sup. Ct. Mich. Certiorari denied.

No. 71–5122.  BROWN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–5123.  ROOTS v. UNITED STATES;
No. 71–5147.  McNEIL v. UNITED STATES; and
No. 71–5227.  BONEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.